UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ,

                Plaintiff,

  -against-

                23-CV-7571 (JHR) (RFT)

RED FLOWER, INC.,

**ORDER**

                Defendant.

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

    This action is scheduled for a telephonic status conference on **March 20, 2024 at 2:00 PM**. Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 238 060 085 #**. At the conference, the parties should be prepared to discuss whether they would like the Court's assistance with settlement talks, either through a referral to the Court-annexed mediation program or through a settlement conference.

Dated:    March 14, 2024
            New York, New York

                                                          SO ORDERED.

                                                           _____
                                                           **ROBYN F. TARNOFSKY**
                                                           United States Magistrate Judge