UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANELYS HERNANDEZ,<br><br>                Plaintiff,<br><br>  -against-<br><br>RED FLOWER, INC.,<br><br>                Defendant. | 23-CV-07571 (JLR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference in this case was scheduled for Tuesday, April 23, 2024. As per my Order on March 20, 2024, ex-parte settlement letters were due yesterday by 5 P.M. The parties have not complied. I am sua sponte extending the April 16, 2024 deadline nunc pro tunc until 9 AM on **April 19, 2024**.

DATED:  April 17, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge