# The Law Office of Noor A. Saab

380 North Broadway, Penthouse West
Jericho, New York 11753
**Tel**: 718-740-5060 \* Fax: 718-709-5912
**Email**: NoorASaabLaw@Gmail.com

June 5, 2024

**VIA ECF**

Honorable Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St., Courtroom 20B
New York, NY 10007-1312

**Re:**     **Janelys Hernandez v. Red Flower, Inc. – Case No. 1:23-cv-7571-JLR**

To the Honorable Judge Jennifer L. Rochon,

Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated April 24, 2024 (ECF 29). The parties have a settlement in principle but have yet to memorialize the agreement. Plaintiff respectfully requests a fourteen (14) day extension of time of the conditional dismissal order from June 7, 2024 to June 21, 2024. This is the first request for this relief and is on consent of both parties.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab*
*Attorneys for Plaintiff*

---

The requested extension of time to reopen the case until **June 21, 2024**, is GRANTED.

Dated: June 6, 2024
     New York, New York

**SO ORDERED.**

_____
**JENNIFER L. ROCHON**
**United States District Judge**